# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGITTE SCHIESSER CONNER**<br><br>    Plaintiff,<br><br>    vs.<br><br>**AVIATION SERVICES OF CHEVRON U.S.A.,** *et al.***,**<br><br>    Defendants. | **Case No.: 14-CV-2102 YGR**<br><br>**ORDER OF RECUSAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of the Court shall reassign the action to another judicial officer/District Judge.

All pending dates are hereby vacated and will be reset by the newly assigned judicial officer/judge.

**IT IS SO ORDERED**.

Date: May 13, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**